# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### 1300 VICTORIA, STE. 1131
### LAREDO, TEXAS 78042-0597

April 15, 2005

Mr. David J Weaver
Clerk/Court Administrator
United States District Court
814 Theodore Levin
 United States Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

```
JUDGE : Unassigned
DECK  : Crim/Complaint
DATE  : 04/25/2005 @ 12:08:09
CASE NUMBER : 2:05CR80400
TRANS PROB USA VS RICHARD
PHILLIP MAROIS (S.D OF TEXAS) LE
```

RE:   L:03-CR-1486-001
USA   vs. Richard Phillip Marois
LAREDO DIVISION

FILED '05 APR 25 P12:16

Dear  Clerk:

Enclosed for probation transfer are certified copies of the following:

> Order to Transfer
> Indictment
> Judgment
> Financial Data
> Docket Sheet

Please complete the receipt below and return the copy of this letter.

Very truly yours,

MICHAEL N. MILBY, CLERK

By _____
Delia M. Gonzalez, Deputy Clerk

xc:   U.S. Probation, Laredo
      U.S. Marshals, Laredo

Received and filed under Docket No. ___05-80400___ on ___4-25-05___, 2005.

Clerk, U.S. District Court, By: _____

| PROB 22<br>(Rev. 8/97)<br><br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>5:03CR01486-001 |
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Richard Phillip Marois<br>9820 Harrison St<br>Livonia, Michigan | DISTRICT<br><br>SOUTHERN DISTRICT OF TEXAS | DIVISION<br><br>Laredo |
| | NAME OF SENTENCING JUDGE<br><br>George P. Kazen | |

JUDGE : Unassigned
DECK : Crim/Complaint
DATE : 04/25/2005 @ 12:08:09
CASE NUMBER : 2:05CR80400

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>12-18-2004 | TO<br>12-17-2007 |

OFFENSE    TRANS PROB USA VS RICHARD PHILLIP MAROIS (S.D OF TEXAS) LE

Transportation of undocumented aliens within the United States by means of a motor vehicle for private financial gain, in violation of 8 U.S. C. 1324 (a)(1)(B)(1).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS</u> LAREDO DIVISION

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Eastern District of Michigan/Detroit Divission on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

_____3/19/05_____
Date

_____
Honorable George P. Kazen
United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN/ DETROIT DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

**MAR 2 8 2005**
_____
Effective Date

_____
United States District Judge

TRUE COPY, I CERTIFY
ATTEST:
Michael N. Milby, Clerk
By_____
Deputy clerk

United States District Court
Southern District of Texas
FILED

SEP 1 6 2003

Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | JUDGE : Unassigned<br>DECK : Crim/Complaint<br>DATE : 04/25/2005 @ 12:08:09 |
| v. | § § CI | CASE NUMBER : 2:05CR80400<br>TRANS PROB USA VS RICHARD<br>PHILLIP MAROIS (S.D OF TEXAS) LE |
| RICHARD PHILIP MAROIS | § § § | |

6

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about August 28, 2003, in the Southern District of Texas and within the jurisdiction

of the Court, Defendant,

### RICHARD PHILIP MAROIS,

knowing and in reckless disregard of the fact that **ANGELA MARIA GARCIA-CASTELLON**

was an alien who had come to, entered and remained in the United States in violation of law, did

transport and move such alien, for purpose of commercial advantage or private financial gain and

in furtherance of such violation of law, within the United States by means of a motor vehicle.

In violation of Title 8, United States Code, Section 1324.

TRUE COPY. I CERTIFY
ATTEST:
Michael N. Milby, Clerk
By_____
Deputy Clerk

## COUNT TWO

On or about August 28, 2003, in the Southern District of Texas and within the jurisdiction of the Court, **Defendant,**

## RICHARD PHILIP MAROIS,

knowing and in reckless disregard of the fact that **NOEMI SEVILLA-PADILLA** was an alien who had come to, entered and remained in the United States in violation of law, did transport and move such alien, for purpose of commercial advantage or private financial gain and in furtherance of such violation of law, within the United States by means of a motor vehicle.

In violation of Title 8, United States Code, Section 1324.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
ANDY GUARDIOLA
Assistant United States Attorney

AO 245B   (Rev. 3/01) Judgment in a Criminal Case
Sheet 1

United States District Court
District of Texas
FILED

MAR 1 5 2004   DF

Michael N. Milby, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**

**Southern District of Texas**

Holding Session in Laredo

United States District Court
Southern District of Texas
ENTERED

MAR 1 8 2004   DF

Michael N. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA

v.

**RICHARD PHILIP MAROIS**

**JUDGMENT IN A CRIMINAL CASE**

(For Offenses Committed On or After November 1, 1987)

Case Number:   **5:03CR01486-001**

☐ See Additional Aliases sheet.

John Paul
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s)    one on October 14, 2003

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

JUDGE  : Unassigned
DECK   : Crim/Complaint
DATE   : 04/25/2005 @ 12:08:09
CASE NUMBER : 2:05CR80400
TRANS PROB USA VS RICHARD
PHILIP MAROIS (S.D OF TEXAS) LE

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. § 1324(a)(1)(B)(i) | Transporting an undocumented alien within the United States by means of a motor vehicle for private financial gain | 08/28/03 | ONE |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) two   ☒ is  ☐ are  dismissed on the motion of the  United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 10/30/1964

Defendant's USM No.:   27456-179

Defendant's Residence Address:

9820 Harrison Street

Livonia, MI 48150

Defendant's Mailing Address:

9820 Harrison Street

Livonia , MI 48150

March 9, 2004
Date of Imposition of Judgment

Signature of Judicial Officer

**GEORGE P. KAZEN**

**UNITED STATES DISTRICT JUDGE**
Name and Title of Judicial Officer

JAG
JAG/lg MR

TRUE COPY. I CERTIFY 3 / 15 / 04
Date

ATTEST:
Michael N. Milby, Clerk

By
Deputy clerk

AO 245B     (Rev. 3/01) Judgment in a Criminal Case
               Sheet 2 - Imprisonment

Judgment — Page 2 of 6

DEFENDANT: **RICHARD PHILIP MAROIS**

CASE NUMBER: **5:03CR01486-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a

total term of _____18 months._____

The defendant was advised of the right to appeal the sentence, including the right to appeal in forma pauperis, upon proper documentation.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed in a Bureau of Prison facility in or near Michigan.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

     ☐ at _____ on _____

     ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 pm on _____

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
           Sheet 3 – Supervised Release

Judgment -- Page 3 of 6

DEFENDANT:  **RICHARD PHILIP MAROIS**

CASE NUMBER:  **5:03CR01486-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __3 years.__

☐  See Additional Supervised Released Terms Sheet.

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

    ☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

☐  See Additional Mandatory Conditions Sheet

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒  See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
Sheet 3 -- Continued 2 -   Supervised Release

Judgment -- Page 4 of 6

DEFENDANT:   RICHARD PHILIP MAROIS
CASE NUMBER:   5:03CR01486-001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant is required to perform 75 hours of community service as approved by the probation officer to be completed within the first year of supervised release.

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
           Sheet 5, Part A -- Criminal Monetary Penalties
—————————————————————————————————————————————————————————————————————

Judgment -- Page 5 of 6

DEFENDANT:  RICHARD PHILIP MAROIS
CASE NUMBER:  5:03CR01486-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ |

☐  See Additional Terms for Criminal Monetary Penalties Sheet.

☐  The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☐  The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |

☐  See Additional Restitution Payees Sheet.

| **TOTALS** | $0.00 | $0.00 |
|---|---|---|

☐  If applicable, restitution amount ordered pursuant to plea agreement   $_____

☐  The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐  the interest requirement is waived for the ☐ fine and/or ☐ restitution.

☐  the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

☐  Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
           Sheet 5, Part B – Criminal Monetary Penalties

Judgment – Page 6 of 6

DEFENDANT:   RICHARD PHILIP MAROIS
CASE NUMBER:   5:03CR01486-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☒  Lump sum payment of __$100.00__ due immediately, balance due

        ☐  not later than _____ , and/or
        ☒  in accordance with  ☐ C,  ☐ D,  and/or  ☒ E, below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D,  or  ☐ E below); or

C  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
        term of supervision; or

E  ☐  Special instructions regarding the payment of criminal monetary penalties:
        Make all payments payable to: U.S. District Clerk, P.O. Box 597, Laredo, TX 78042-0597

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number (Including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|
|  |  |  |

☐  See Additional Defendants Held Joint and Several sheet.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

☐  See Additional Forfeited Property Sheet.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Case 2:05-cr-80400-AJT ECF No. 1, PageID.11 Filed 04/25/05 Page 11 of 17

```
*********************************************************************************************
                              FEDERAL COURT SYSTEMS
RUN ON 04/14/05               SOUTHERN DISTRICT OF TX                          PAGE: 1
                              CASE INQUIRY REPORT
*********************************************************************************************
```

CASE NO: 5:03-CR-1486-1     TITLE: USA VS RICHARD PHILIP MAROIS

-------------------------------------------------------------------------------------------

| DEFENDANT # | ORDERED AMOUNT | AMOUNT PAID | BALANCE DUE | ACCOUNT | PAYMENT TYPE |
|---|---|---|---|---|---|
| 1  RICHARD PHILIP MAROIS | 100.00 | 0.00 | 100.00 | 504100 | SPECIAL ASSESSMENT |
|  | 100.00 | 0.00 | 100.00 |  |  |

********** CASE SUMMARY **********

TOTAL CASE BALANCE:                         0.00

BALANCE IN U.S. TREASURY:                                    0.00
CASE DEPOSITORY MAINT. BALANCE :                             0.00

BALANCE IN COMMERCIAL BANKS:                                          0.00
CASE DEPOSITORY MAINT. BALANCE   :                                    0.00

DEPOSITS TO RECEIPT ACCOUNTS:                                                   0.00

TYPE OF TRANSACTION:
AD: ADJUSTMENT-388800    AJ: ADJUSTMENT        BV: BANK VOUCHER
BD: DIRECT BANK DEPOSIT  BT: BANK TRANSFER     CC: CREDIT CARD    CH: CASH
CK: CHECK                CL: COLLATERAL        CN: CONVERSION     CR: CASE REFUND
CV: CASE VOUCHER         DW: DIRECT WITHDRAWL  DV: DEBIT VOUCHER  FF: FORFEITURE
I : INTEREST             MO: MONEY ORDER       TR: TRANSFER       VD: VOID

U.S. DIST. COURT CLERK
EAST DIST. MICH.
DETROIT-PSG

'05 APR 25 P12 :16

FILED

TRUE COPY. I CERTIFY
ATTEST:
Michael N. Milby, Clerk
By _____ Deputy clerk

CLOSED

# U.S. District Court
## Southern District of Texas (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:03-cr-01486-ALL
### Internal Use Only

Case title: USA v. Marois
Magistrate judge case number: 5:03-mj-04387

JUDGE : Unassigned
DECK  : Crim/Complaint
DATE  : 04/25/2005 @ 12:08:09
CASE NUMBER : 2:05CR80400
TRANS PROB USA VS RICHARD
PHILLIP MAROIS (S.D OF TEXAS) LE

Assigned to: Judge George P. Kazen

**Defendant**

**Richard Philip Marois (1)**
*TERMINATED: 03/09/2004*

represented by **Federal Public Defender**
PO Box 1562
Laredo, TX 78042-1562
956-726-2218
*TERMINATED: 03/09/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

Cts 1, 2: 8:1324.F Transporting
undocumented aliens within the US.
Penalty: Not more than 5 yrs and/or
$250,000 fine; $100 cvf; 3 yrs tsr.
(1)

**Disposition**

SENTENCE: 18 mos to serve; 3 yrs tsr;
no fine; $100 cvf; 75 hrs of community
service within 1st yr of tsr; Court
recommends placement in Michigan; ct
2 dismissed on Gvts oral motion; 10
days to appeal; dft remanded to custody

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

Cts 1, 2: 8:1324.F Transporting
undocumented aliens within the US.
Penalty: Not more than 5 yrs and/or
$250,000 fine; $100 cvf; 3 yrs tsr.
(2)

**Disposition**

Ct 2 dismissed on Gvts oral motion

**Highest Offense Level (Terminated)**

Felony

TRUE COPY I CERTIFY
ATTEST:
Michael N Milby, Clerk
By
Deputy Clerk

Case 2:05-cr-80400-AJT   ECF No. 1, PageID.15   Filed 04/25/05   Page 13 of 17

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Material Witness**

| **Angela Maria Garcia-Castellon** | represented by | **Angela Maria Garcia-Castellon** |
|---|---|---|
| *TERMINATED: 03/09/2004* | | 2775 W 61st St |
| | | Apt #103 |
| | | Hialeah, FL 33016 |
| | | PRO SE |

**Material Witness**

| **Noemi Sevilla-Padilla** | represented by | **Noemi Sevilla-Padilla** |
|---|---|---|
| *TERMINATED: 03/09/2004* | | PRO SE |

**Plaintiff**

| **USA** | represented by | **Financial Litigation** |
|---|---|---|
| | | U S Attorney's Office |
| | | Southern District of Texas |
| | | P O Box 61129 |
| | | Houston, TX 77208 |
| | | 713-567-9000 |
| | | Fax: 713-718-3391 fax |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

**US Pretrial Svcs-La**
PO Box 1460
Laredo, TX 78042-1460
956-794-1030 fax
Fax: 956-790-1743
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - L**
PO Box 547
Laredo, TX 78042-0547
956-726-2915 fax
Fax: 956-726-2915 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Indalecio R Guardiola**
US Atty's Off
1100 Matamoros
2nd Flr
Laredo, TX 78042
956-721-4966
Fax: 956-726-2266 fax
Email: andy.guardiola@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2003 | | ARREST of Richard Philip Marois (DOB: 10/30/64) [ 5:03-m -4387 ] (nortiz) (Entered: 09/02/2003) |
| 08/29/2003 | | COMPLAINT as to Richard Philip Marois , filed. [ 5:03-m -4387 ] (nortiz) (Entered: 09/02/2003) |
| 08/29/2003 | | AO 257 Information Sheet as to Richard Philip Marois , filed. [ 5:03-m -4387 ] (nortiz) (Entered: 09/02/2003) |
| 08/29/2003 | | Initial appearance as to Richard Philip Marois held before Magistrate Judge Marcel C. Notzon; Deft requested Atty.; FPD, apptd.; Bond set at $30,000. c/s; Deft remanded to custody ;Preliminary Examination set for 11:00 9/9/03 for Richard Philip Marois, before Magistrate Judge A Arce-Flores; Ct Reporter: P Galvan; Tape Number: ERO; Interpreter: D Gonzalez; Appearances: P Saenz, FPD; M Newrock, AUSA; G Wirsching, PTSO; F De Luna, BP (Defendant informed of rights.) , filed. [ 5:03-m -4387 ] (nortiz) (Entered: 09/02/2003) |
| 08/29/2003 | | CJA 23 FINANCIAL AFFIDAVIT by Richard Philip Marois , filed. [ 5:03-m -4387 ] (nortiz) (Entered: 09/02/2003) |
| 08/29/2003 | | ORDER Appointing Federal Public Defender for Richard Philip Marois . Attorney Federal Public Defender added. ( Appointed by Magistrate Judge Marcel C. Notzon ), entered. [ 5:03-m -4387 ] (nortiz) (Entered: 09/02/2003) |
| 08/29/2003 | | AFFIDAVIT of Material Witness Angela Maria Garcia-Castellon, Noemi Sevilla-Padilla as to Richard Philip Marois , filed. [ 5:03-m -4387 ] (nortiz) (Entered: 09/02/2003) |
| 08/29/2003 | | Initial Appearance of Material Witness Angela Maria Garcia-Castellon ( before Magistrate Judge Marcel C. Notzon ) as to Richard Philip Marois (Material witnesses advised of charges and rights, waived Atty., $5,000. c/s bond, remanded to custody) , held. Tape No: ERO [ 5:03-m -4387 ] (nortiz) (Entered: 09/02/2003) |
| 08/29/2003 | | CJA 23 FINANCIAL AFFIDAVIT (of Material Witness) by Angela Maria Garcia-Castellon as to Richard Philip Marois , filed. [ 5:03-m - |

| | | |
|---|---|---|
| | | 4387 ] (nortiz) (Entered: 09/02/2003) |
| 08/29/2003 | | Initial Appearance of Material Witness Noemi Sevilla-Padilla ( before Magistrate Judge Marcel C. Notzon ) as to Richard Philip Marois (Material witnesses advised of charges and rights, waived Atty., $5,000. c/s bond, remanded to custody ) , held. Tape No: ERO [ 5:03-m -4387 ] (nortiz) Modified on 09/30/2003 (Entered: 09/02/2003) |
| 08/29/2003 | | CJA 23 FINANCIAL AFFIDAVIT (of Material Witness) by Noemi Sevilla-Padilla as to Richard Philip Marois , filed. [ 5:03-m -4387 ] (nortiz) (Entered: 09/02/2003) |
| 09/08/2003 | | Waiver of Preliminary Examination or Hearing by Richard Philip Marois , filed. [ 5:03-m -4387 ] (smedellin) (Entered: 09/08/2003) |
| 09/16/2003 | 1 | INDICTMENT as to Richard Philip Marois (1) count(s) 1-2, filed. (dflores) (Entered: 09/30/2003) |
| 09/16/2003 | | **Added Government Attorney Indalecio R Guardiola (dflores) (Entered: 09/30/2003) |
| 09/16/2003 | | **Added Pretrial Services, Financial Litigation Unit and Probation (dflores) (Entered: 09/30/2003) |
| 09/18/2003 | 2 | NOTICE of Setting : Set Arraignment for 8:00 9/25/03 for Richard Philip Marois before Magistrate Judge Adriana Arce-Flores , filed. Parties ntfd. (dflores) (Entered: 09/30/2003) |
| 09/25/2003 | 3 | Arraignment held before Magistrate Judge Marcel C. Notzon Ct Reporter: P Galvan/ERO Interpreter: D Gonzalez/ not used Appearances: R Jones/ J Paul, AFPD , filed., Plea of Not Guilty: Richard Philip Marois (1) count(s) 1-2 Scheduling dates set; deft remanded to custody. (amontemayor) (Entered: 10/08/2003) |
| 09/25/2003 | 4 | SCHEDULING ORDER setting Motion Filing deadline on 10:00 10/6/03 for Richard Philip Marois ; Pretrial Conference for 9:00 11/18/03 Jury Selection for 1:30 11/21/03 before Chief Judge George P. Kazen, entered. Parties ntfd. (amontemayor) (Entered: 10/08/2003) |
| 10/14/2003 | 5 | Re-Arraignment held before Chief Judge George P. Kazen Ct Reporter: Leticia E Verdin; Interpreter: none; Appearances: A Guardiola f/gvt; APFD J Paul f/dft, filed. Plea of Guilty: Richard Philip Marois (1) count (s) 1 (Terminated motions - ) Guilty plea to ct 1; oral plea of guilty; order for psi, due 11/18/03; dft remanded to custody. (dflores) (Entered: 10/15/2003) |
| 10/14/2003 | 6 | ORDER for Disclosure of PSI, PSI completion by 11/18/03 for Richard Philip Marois before Chief Judge George P. Kazen, entered. Parties ntfd. (dflores) (Entered: 10/15/2003) |
| 11/18/2003 | 7 | U. S. PRETRIAL SERVICES AGENCY MEMORANDUM as to m/w Angela Maria Garcia-Castellon in the case of Richard Philip Marois ( Signed by Magistrate Judge Marcel C. Notzon ), entered. *** SEE MEMORANDUM *** Parties ntfd. Court does concur with pretrial |

| | | recommendation. (dflores) (Entered: 11/20/2003) |
|---|---|---|
| 11/18/2003 | 8 | ORDER, bond of m/w, Angela Maria Garcia-Castellon, having been previously set by the Court at $5000 c/s, is hereby modified to a $5000 unsecured bond, with Shirley Amalia Corrales of 2775 W 61st St., Apt 103, Hialeah FL 33016-5928, signing as a co-surety/custodian, along with the additional bond conditions as set by Pretrial Services. ( Signed by Magistrate Judge Marcel C. Notzon ), entered. Parties ntfd. (dflores) (Entered: 11/20/2003) |
| 12/09/2003 | 9 | Appearance Bond of Witness Angela Maria Garcia-Castellon in case as to Richard Philip Marois, filed. Surety: Shirley Amalia Corrales, 2775 W 61st, Apt 103, Hialeah FL 33016-5928, (305) 698-2868. ($5000 unsecured by collateral) (dflores) (Entered: 12/11/2003) |
| 12/18/2003 | 10 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Richard Philip Marois, no objections, filed. (dflores) (Entered: 12/22/2003) |
| 12/18/2003 | 11 | SEALED Confidential Sentencing Recommendation regarding Richard Philip Marois to the Court, filed and placed in vault. (dflores) (Entered: 12/22/2003) |
| 01/06/2004 | 12 | Call for sentence as to Richard Philip Marois not held before Judge George P. Kazen Ct Reporter: Leticia E Verdin; Interpreter: none; Appearances: R Jones f/A Guardiola f/gvt; AFPD J Paul f/dft, filed. Both parties approach for a bench conference. The Court instructs courtroom deputy to contact the prosecutor in this case for status of case - possible reset to 01/09/04 @ 2:00 p.m; dft remanded to custody. (dflores) (Entered: 01/07/2004) |
| 03/08/2004 | 13 | MOTION by USA as to Richard Philip Marois SEALED , filed. (dflores) (Entered: 03/08/2004) |
| 03/09/2004 | 14 | ORDER granting Gvts [13-1] motion SEALED as to Richard Philip Marois (1) ( Signed by Judge George P. Kazen ), entered. Parties ntfd. (dflores) (Entered: 03/10/2004) |
| 03/09/2004 | 15 | Sentencing held before Judge George P. Kazen Ct Reporter: Leticia E Verdin; Interpreter: none; Appearances: A Guardiola f/gvt; FPD J Paul f/dft Richard Philip Marois (1) count(s) 1. SENTENCE: 18 mos to serve; 3 yrs tsr; no fine; $100 cvf; 75 hrs of community service within 1st yr of tsr; Court recommends placement in Michigan; ct 2 dismissed on Gvts oral motion; 10 days to appeal; dft remanded to custody, filed. US Probation Officer: Julie Groh. (dflores) (Entered: 03/10/2004) |
| 03/09/2004 | | DISMISSAL of Count(s) on Government Motion Counts Dismissed: Richard Philip Marois (1) count(s) 2 (dflores) (Entered: 03/10/2004) |
| 03/09/2004 | | **Case closed as to all defendants: Richard Philip Marois, (dflores) (Entered: 03/10/2004) |
| 03/10/2004 | 16 | Notice of Non-Appeal by Richard Philip Marois, filed. (dflores) (Entered: 03/10/2004) |

| 03/15/2004 | 17 | JUDGMENT as to, Richard Philip Marois (1) count(s) 1 ( Signed by Judge George P. Kazen ), entered. Parties ntfd. The Statement of Reasons has been placed under seal in the envelope with the Original Presentence Report. Copies of the SOR have been sent to the defendant's attorney, the AUSA, and the US Marshal. (dflores) (Entered: 03/19/2004) |
|---|---|---|
| 12/01/2004 | 18 | PROBATION FORM 12B Request for Modifying the Conditions or Term of Supervision with Consent of the Offender as to Richard Philip Marois. The Court orders: Modify conditions as noted.( Signed by Judge George P. Kazen ) Parties notified. ( dflores ) (Entered: 12/06/2004) |
| 01/05/2005 | 19 | PROBATION FORM 12B Request for Modifying the Conditions or Term of Supervision with Consent of the Offender as to Richard Philip Marois. Court recommends modify conditions as noted ( Signed by Judge George P. Kazen ). Parties notified. (Case # incorrect on form) ( atrevino, ) (Entered: 01/06/2005) |
| 04/15/2005 | 20 | Probation Jurisdiction Transferred to Eastern District of Michigan/Detroit Division as to Richard Philip Marois. Transmitted Transfer of Jurisdiction form mailed with certified copies of indictment, judgment, financial sheet and docket sheet, filed.(dgonzalez) (Entered: 04/15/2005) |